UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LOIS PRESCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-1214-ECR-CWH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Entry of Protective Order Retroactive to Date of Production of Confidential Material (#18), filed April 6, 2012, and Plaintiff's Motion to Compel (#19), filed April 13, 2012. Before briefing on the motions was complete, the parties filed a notice of settlement. (#20). As such, the pending motions are moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Entry of Protective Order Retroactive to Date of Production of Confidential Material (#18) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel (#19) is **denied without prejudice**.

DATED this 27th day of April, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge